# Exhibit G

<u>Q</u>uery    Reports    <u>U</u>tilities    <u>H</u>elp    Log Out

JURY

# U.S. District Court
## Eastern District of Virginia - (Alexandria)
## CIVIL DOCKET FOR CASE #: 1:22-cv-00654-MSN-JFA

Abrey v. Steampunk Holdings, Inc. et al  
Assigned to: District Judge Michael S Nachmanoff  
Referred to: Magistrate Judge John F. Anderson  
Cause: 28:1331 Fed. Question: Civil Rights Violation

Date Filed: 06/08/2022  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

**Kathleen Abrey**      represented by    **Alfredo Pelicci**  
Wigdor LLP (NY-NA)  
85 Fifth Avenue  
Fifth Flood  
New York, NY 10003  
**NA**  
212-257-6800  
Fax: 212-257-6845  
Email: apelicci@wigdorlaw.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Lawrence M Pearson**  
Wigdor LLP  
85 Fifth Avenue  
New York, NY 10003  
212-257-6800  
Fax: 212-257-6845  
Email: lpearson@wigdorlaw.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Seth James Bryan Obed**  
OBED Law Group  
111 Oronoco Street  
Alexandria, VA 22314  
703-638-8913  
Fax: 703-894-4940  
Email: sobed@obedlaw.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steampunk Holdings, Inc.**      represented by    **Nigel Lance Wilkinson**  
Jackson Lewis PC (Reston)  
10701 Parkridge Blvd  
Suite 300  
Reston, VA 20191

703-483-8300
Email: nigel.wilkinson@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janea Joi Hawkins**
Jackson Lewis PC (Reston)
10701 Parkridge Blvd
Suite 300
Reston, VA 20191
703-483-8300
Fax: 703-483-8301
Email: Janea.Hawkins@jacksonlewis.com
*ATTORNEY TO BE NOTICED*

**Defendant**

Matthew Warren                               represented by   **Nigel Lance Wilkinson**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Janea Joi Hawkins**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

John Harllee                                 represented by   **Nigel Lance Wilkinson**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Janea Joi Hawkins**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2022 | [1](#) | Complaint ( Filing fee $ 402, receipt number AVAEDC-8424870.), filed by Kathleen Abrey. (Attachments: # [1](#) Civil Cover Sheet)(Obed, Seth) (Entered: 06/08/2022) |
| 06/08/2022 | [2](#) | Proposed Summons re [1](#) Complaint *for Steampunk Holdings, Inc.* by Kathleen Abrey. (Obed, Seth) (Entered: 06/08/2022) |
| 06/08/2022 | [3](#) | Proposed Summons re [1](#) Complaint *for M. Warren* by Kathleen Abrey. (Obed, Seth) (Entered: 06/08/2022) |
| 06/08/2022 | [4](#) | Proposed Summons re [1](#) Complaint *for J. Harlee* by Kathleen Abrey. (Obed, Seth) (Entered: 06/08/2022) |
| 06/09/2022 |   | Initial Case Assignment to District Judge Michael S Nachmanoff and Magistrate Judge Theresa Carroll Buchanan. (kgall) (Entered: 06/09/2022) |
| 06/09/2022 | [5](#) | Summons Issued as to John Harllee, Steampunk Holdings, Inc., Matthew Warren, NOTICE TO ATTORNEY: Please remove the headers and print two duplexed copies of the electronically issued summons for each Defendant. Please serve one copy of the |

| | | |
|---|---|---|
| | | summons and a copy of the Complaint upon each Defendant. Please ensure that your process server returns the service copy (executed or unexecuted) to your attention and electronically file it using the filing events, Summons Returned Executed or Summons Returned Unexecuted. (Attachments: # [1](#) Notice of Lawsuit)(kgall) (Entered: 06/09/2022) |
| 06/09/2022 | [6](#) | Motion to appear Pro Hac Vice by Lawrence Pearson and Certification of Local Counsel Seth Obed Filing fee $ 75, receipt number AVAEDC-8425713. by Kathleen Abrey. (Obed, Seth) (Entered: 06/09/2022) |
| 06/09/2022 | [7](#) | Motion to appear Pro Hac Vice by Alfredo Pelicci and Certification of Local Counsel Seth Obed Filing fee $ 75, receipt number AVAEDC-8425719. by Kathleen Abrey. (Obed, Seth) (Entered: 06/09/2022) |
| 06/10/2022 | [8](#) | WAIVER OF SERVICE Returned Executed by Kathleen Abrey. All Defendants. (Obed, Seth) (Entered: 06/10/2022) |
| 06/10/2022 | [9](#) | ORDER granting [7](#) Motion for Pro hac vice Appointed Alfredo Pelicci for Kathleen Abrey. Signed by District Judge Michael S Nachmanoff on 6/10/2022. (clar, ) (Entered: 06/10/2022) |
| 06/10/2022 | [10](#) | ORDER granting [6](#) Motion for Pro hac vice Appointed Lawrence M. Pearson for Kathleen Abrey. Signed by District Judge Michael S Nachmanoff on 6/10/2022. (clar, ) (Entered: 06/10/2022) |
| 08/08/2022 | [11](#) | NOTICE of Appearance by Janea Joi Hawkins on behalf of John Harllee, Steampunk Holdings, Inc., Matthew Warren (Hawkins, Janea) (Entered: 08/08/2022) |
| 08/08/2022 | [12](#) | MOTION to Dismiss for Failure to State a Claim by John Harllee, Steampunk Holdings, Inc., Matthew Warren. (Attachments: # [1](#) Proposed Order)(Wilkinson, Nigel) (Entered: 08/08/2022) |
| 08/08/2022 | [13](#) | Memorandum in Support re [12](#) MOTION to Dismiss for Failure to State a Claim filed by John Harllee, Steampunk Holdings, Inc., Matthew Warren. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D, # [5](#) Exhibit E, # [6](#) Exhibit F, # [7](#) Exhibit G, # [8](#) Exhibit H, # [9](#) Exhibit I)(Wilkinson, Nigel) (Entered: 08/08/2022) |
| 08/08/2022 | [14](#) | Notice of Hearing Date *September 2, 2022* re [13](#) Memorandum in Support, [12](#) MOTION to Dismiss for Failure to State a Claim (Wilkinson, Nigel) (Entered: 08/08/2022) |
| 08/08/2022 | [15](#) | Financial Interest Disclosure Statement (Local Rule 7.1) by Steampunk Holdings, Inc.. (Wilkinson, Nigel) (Entered: 08/08/2022) |
| 08/08/2022 | | Set eadlines as to [12](#) MOTION to Dismiss for Failure to State a Claim . Motion Hearing set for 9/2/2022 at 10:00 AM in Alexandria Courtroom 400 before District Judge Michael S Nachmanoff. (clar, ) (Entered: 08/09/2022) |
| 08/15/2022 | | Case Reassigned to Magistrate Judge John F. Anderson. Magistrate Judge Theresa Carroll Buchanan no longer assigned to the case. (jlan) (Entered: 08/15/2022) |
| 08/16/2022 | [16](#) | Consent MOTION to Continue *Hearing Date and Modify Briefing Schedule* by Kathleen Abrey. (Attachments: # [1](#) Proposed Order)(Obed, Seth) (Entered: 08/16/2022) |
| 08/17/2022 | [17](#) | ORDER granting [16](#) Consent Motion to Continue Hearing Date and Modify Briefing Schedule (see Order for details). Signed by District Judge Michael S Nachmanoff on 8/17/2022. (kgall) (Entered: 08/17/2022) |
| 08/17/2022 | | Reset Hearing as to [12](#) MOTION to Dismiss for Failure to State a Claim: Motion Hearing set for 9/23/2022 at 10:00 AM in Alexandria Courtroom 400 before District Judge Michael S Nachmanoff. (kgall) (Entered: 08/17/2022) |

| | | |
|---|---|---|
| 08/29/2022 | [18](#) | AMENDED COMPLAINT against All Defendants, filed by Kathleen Abrey.(Obed, Seth) (Entered: 08/29/2022) |
| 08/29/2022 | [19](#) | Memorandum in Opposition re [12](#) MOTION to Dismiss for Failure to State a Claim filed by Kathleen Abrey. (Attachments: # [1](#) Proposed Order)(Obed, Seth) (Entered: 08/29/2022) |
| 08/30/2022 | [20](#) | ORDER finding as moot [12](#) Motion to Dismiss for Failure to State a Claim. Signed by District Judge Michael S Nachmanoff on 8/30/2022. (show) (Entered: 08/30/2022) |
| 09/02/2022 | [21](#) | Consent MOTION for Extension *of Time to Respond to Plaintiff's Amended Complaint* by John Harllee, Steampunk Holdings, Inc., Matthew Warren. (Attachments: # [1](#) Proposed Order)(Wilkinson, Nigel) (Entered: 09/02/2022) |
| 09/02/2022 | [22](#) | ORDER granting [21](#) Consent Motion for Extension of Time to Respond to Plaintiff's Amended Complaint. ORDERED that the deadline for Defendant to file a responsive pleading to the Complaint is extended through and including September 19, 2022 (see Order for details). Signed by District Judge Michael S Nachmanoff on 9/2/2022. (kgall) (Entered: 09/02/2022) |
| 09/02/2022 | | Set Hearing: Motion Hearing set for 11/4/2022 at 10:00 AM in Alexandria Courtroom 400 before District Judge Michael S Nachmanoff. (kgall) (Entered: 09/02/2022) |
| 09/19/2022 | [23](#) | MOTION to Dismiss for Failure to State a Claim by John Harllee, Steampunk Holdings, Inc., Matthew Warren. (Attachments: # [1](#) Proposed Order)(Wilkinson, Nigel) (Entered: 09/19/2022) |
| 09/19/2022 | [24](#) | Memorandum in Support re [23](#) MOTION to Dismiss for Failure to State a Claim filed by John Harllee, Steampunk Holdings, Inc., Matthew Warren. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D, # [5](#) Exhibit E, # [6](#) Exhibit F, # [7](#) Exhibit G, # [8](#) Exhibit H, # [9](#) Exhibit I, # [10](#) Exhibit J, # [11](#) Exhibit K, # [12](#) Exhibit L, # [13](#) Exhibit M) (Wilkinson, Nigel) (Entered: 09/19/2022) |
| 09/20/2022 | [25](#) | Notice of Hearing Date set for November 4, 2022 re [23](#) MOTION to Dismiss for Failure to State a Claim , [24](#) Memorandum in Support, (Wilkinson, Nigel) (Entered: 09/20/2022) |
| 09/20/2022 | | Set Deadlines as to [23](#) MOTION to Dismiss for Failure to State a Claim . Motion Hearing set for 11/4/2022 at 10:00 AM in Alexandria Courtroom 400 before District Judge Michael S Nachmanoff. (clar, ) (Entered: 09/21/2022) |
| 10/10/2022 | [26](#) | Memorandum in Opposition re [23](#) MOTION to Dismiss for Failure to State a Claim filed by Kathleen Abrey. (Attachments: # [1](#) Affidavit Declaration of L. Pearson, # [2](#) Proposed Order)(Obed, Seth) (Entered: 10/10/2022) |
| 10/24/2022 | [27](#) | REPLY to Response to Motion re [23](#) MOTION to Dismiss for Failure to State a Claim *(Plaintiff's Amended Complaint)* filed by John Harllee, Steampunk Holdings, Inc., Matthew Warren. (Wilkinson, Nigel) (Entered: 10/24/2022) |
| 10/25/2022 | | Motion Hearing re [23](#) MOTION to Dismiss for Failure to State a Claim reset for 11/10/2022 at 10:00 AM in Alexandria Courtroom 400 before District Judge Michael S Nachmanoff (per MSN Chambers) (lcre, ) (Entered: 10/25/2022) |
| 11/10/2022 | [28](#) | Minute Entry for proceedings held before District Judge Michael S Nachmanoff:Motion Hearing held on 11/10/2022. Appearances of counsel Motion re [23](#) MOTION to Dismiss for Failure to State a Claim argued and GRANTED IN PART and DENIED IN PART. Motion granted regarding parties Warren and Harley. Motion granted regarding demotion and discretionary bonus. Motion denied in all other aspects. Order to follow. (Court Reporter D.Salters.)(lcre, ) (Entered: 11/10/2022) |

| | | |
|---|---|---|
| 11/10/2022 | [29](#) | ORDERED that Defendant's re [23](#) MOTION to Dismiss for Failure to State a Claim is GRANTED in part and DENIED in part. In light of Plaintiffs agreement in open court, the motion is granted with respect to all claims against Defendants Matthew Warren and John Harllee. The motion is also granted with respect to all claims related to the alleged demotion of Plaintiff on May 4, 2020, and the alleged denial of a year-end bonus in 2020. Defendants' motion is DENIED in all other respects. ORDERED that Defendants shall file an Answer within fourteen (14) days of the date of this Order. Signed by District Judge Michael S Nachmanoff on 11/10/2022. (lcre, ) (Entered: 11/10/2022) |
| 11/23/2022 | [30](#) | ANSWER to Complaint by Steampunk Holdings, Inc..(Wilkinson, Nigel) (Entered: 11/23/2022) |
| 11/29/2022 | [31](#) | SCHEDULING ORDER:Initial Pretrial Conference set for 12/21/2022 at 11:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. Final Pretrial Conference set for 4/20/2023 at 01:00 PM in Alexandria Courtroom 400 before District Judge Michael S Nachmanoff. Discovery due by 4/14/2023.. Signed by District Judge Michael S Nachmanoff on 11/29/2022. (Attachments: # [1](#) Pretrial Notice, # [2](#) Magistrate Judge Consent Form)(lcre, ) (Entered: 11/29/2022) |
| 12/07/2022 | [32](#) | *Amended* ANSWER to Complaint *(Amended)* by Steampunk Holdings, Inc..(Wilkinson, Nigel) (Entered: 12/07/2022) |
| 12/14/2022 | [33](#) | *Rule 26(F) Joint Proposed* Discovery Plan by Steampunk Holdings, Inc..(Hawkins, Janea) (Entered: 12/14/2022) |
| 12/15/2022 | [34](#) | Order Rule 16(b) Scheduling Order - Upon consideration of the representations made in the Rule 26(f) Joint Proposed Discovery Plan ("Joint Discovery Plan") (Docket no. 33), and taking note of the Scheduling Order entered in this case (Docket no. 31), the court makes the following rulings: The Joint Discovery Plan is approved and shall control discovery to the extent of its application unless further modified by the court. Signed by Magistrate Judge John F. Anderson on 12/15/2022. SEE ORDER FOR FURTHER DETAILS. (wgar, ) (Entered: 12/15/2022) |
| 12/16/2022 | [35](#) | Joint MOTION for Protective Order by Steampunk Holdings, Inc.. (Attachments: # [1](#) Exhibit 1 (Proposed Protective Order))(Hawkins, Janea) (Entered: 12/16/2022) |
| 12/16/2022 | [36](#) | PROTECTIVE ORDER: Re Handling and Labeling of Confidential Information. Signed by Magistrate Judge John F. Anderson on 12/16/2022. SEE ORDER FOR FURTHER DETAILS. (wgar) (Entered: 12/16/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/04/2023 12:16:53 | | | |
| **PACER Login:** | sarah.mulligan | **Client Code:** | 220409.000031 03861 |
| **Description:** | Docket Report | **Search Criteria:** | 1:22-cv-00654-MSN-JFA |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |